In the Matter of WILLIAM J. BAKER, an Attorney and Counselor at Law.— Issues raised by the petition and answer referred to Hon. Charles A. Pooley, official referee, to take the proofs thereon and return the same to this court together with his opinion thereon. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

HYMAN CARREL v. RAY FINEBERG and Another.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THE PURSER COAL COMPANY, INCORPORATED, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

EVA WALRATH, as Assignee of HENRY WALRATH, Former Plaintiff, Respondent, v. AMERICAN RAILWAY EXPRESS COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

ABRAM SHOOLMAN, Respondent, v. THE UNION INDEMNITY COMPANY OF LOUISIANA, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

SIDNEY SHOOLMAN, an Infant, etc., Respondent, v. THE UNION INDEMNITY COMPANY OF LOUISIANA, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

GENNARO RENZI and Another, Appellants, v. HELEN MEZZULLO and Another, Respondents.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

LEONA FEYER, Appellant, v. JAMES CAPPELLO, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

EMMA FINLEY and Another, as Administrators, etc., of LUCY MILLER, Deceased, Respondents, v. INTERNATIONAL BUS CORPORATION, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MINA SCHWING, Respondent, v. HAYNES STELLITE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ. [135 Misc. 452.]

WALTER BANKER, Respondent, v. HAYNES STELLITE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ. [135 Misc. 452.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BYRON REMINGTON, Appellant.— Judgment of conviction affirmed. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.